UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH LAUFER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-cv-1508 (KBJ) ) |
| 29TH & K ASSOCIATES LP MATTHEWS CO., | ) ) ) |
| Defendant. | ) ) ) |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On October 16, 2020, the plaintiff in this matter filed a notice informing the Court that the parties have reached a settlement.  (ECF No. 7.)  Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated.  (General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson, ECF No. 3, App'x ¶ 7(b).)  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice.  If settlement is not consummated, either party may reopen the action until **November 30, 2020**, upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date:  October 16, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge