IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH LAUFER**, Individually, | : |
| Plaintiffs, | : Case No.: 1:20-cv-1508-KBJ |
| v. | : |
| **29TH & K ASSOCIATES LP MATTHEWS CO,** | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: October 23, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: October 23, 2020

_____
UNITED STATES DISTRICT JUDGE